UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALASTAIR DOMINIC MOTON,
Plaintiff,

v.

MARK ZUCKERBERG, and others,
Defendants.

Case No. 16-cv-07358 NC

**ORDER DISMISSING CASE**

Pro se plaintiff Alastair Dominic Moton filed a civil complaint. He consented to the jurisdiction of a magistrate judge. Dkt. No. 7. On March 6, 2017, this Court dismissed Moton's complaint, finding that it failed to state a claim and was frivolous. Dkt. No. 12. The Court granted Moton leave to amend, but warned him that any amended complaint was due by March 31. Moton has not filed an amended complaint and has not responded to the order of dismissal.

It is therefore ordered that this case is dismissed for the reasons explained in the March 6 order. The dismissal is without prejudice. The court will enter judgment. The clerk of court is directed to close this case and to provide a copy of this order and the judgment to Mr. Moton.

**IT IS SO ORDERED.**

Dated: June 12, 2017

NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California